ORIGINAL

FILED

2008 JUL 31 PM 3:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ '08 CV 1393 J BLM

BY FAX

| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| 3 | Courtney M. Crawford (SBN 242567) |
|   | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | WAYDE NICHOLS |

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | WAYDE NICHOLS, an Individual | Case No.: |
| 11 | Plaintiff, | |
| 12 | v. | **COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM, REQUEST FOR DECLARATORY RELIEF AND JURY TRIAL** |
| 13 | AQUACULTURA de BAHA CALIFORNIA, S.A. de C.V., | |
| 14 | MITSUBISHI de MEXICO, S.A de C.V., MITSUBISHI CORP. and the M/V | |
| 15 | COZAR VII, its tackle, appurtenances and equipment, *in rem* | |
| 16 | | |
| 17 | Defendants. | |

18     Plaintiff WAYDE NICHOLS [hereinafter referred to as "NICHOLS"], complains

19 against AQUACULTURA de BAHA CALIFORNIA, S.A. de C.V., [hereinafter referred to

20 as "ABC"], MITSUBISHI de MEXICO, S.A de C.V. and MITSUBISHI CORP. [hereinafter

21 jointly referred to as "MITSUBISHI"] and the M/V COZAR VII, [hereinafter referred to as

22 "COZAR VII"] its tackle, appurtenances and equipment, *in rem* [hereinafter collectively

23 referred to as "DEFENDANTS"] as follows:

24                                   **JURISDICTION**

25     1.     Jurisdiction herein lies under 28 U.S.C. § 1333. This is a case of admiralty

26 and maritime jurisdiction, as is hereinafter more fully set forth, and is an admiralty or

27 maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

28     2.     Jurisdiction also lies under 28 U.S.C. § 1332 as diversity of citizenship exists

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.Senior Hefe

between NICHOLS and Defendants. NICHOLS is a resident of California and citizen of the United States of America while Defendants ABC and COZAR VII are citizens of Mexico and Defendant MISTUBISHI is a defendant of Japan. The amount in controversy exceeds $75,000.00, exclusive of interest, attorneys' fees and court costs.

3.    Venue is proper in this Court because NICHOLS is an individual citizen of the State of California and residence is to be found within the U.S. District Court for the District of Southern California.

4.    The defendant vessel the COZAR VII is now, or during the pendency of process hereunder, will be, within the jurisdiction of this Court. This case also arises under the Federal Maritime Lien Act, 46 U.S.C.A. §§31341 et seq. This Court has jurisdiction of this matter under 28 U.S.C.A. §§1331, 1333 and 1337. The claim of NICHOLS against defendants ABC and MITSUBISHI are also within the Court's supplemental jurisdiction under 28 U.S.C.A. §§1367(a).

## FACTUAL ALLEGATIONS

5.    Plaintiff NICHOLS was, and still is, at all times material herein, an individual residing in the county of San Diego in the state of California. NICHOLS was formerly engaged in active duty in the United States Coast Guard Station San Diego from 1983 to 1987.

6.    NICHOLS is informed and believes, and thereon alleges, that at all times mentioned herein, defendant ABC was a corporation of Mexican origin, owned and operated by co-defendant MITSUBISHI.

7.    NICHOLS is informed and believes, and thereon alleges, at all times mentioned herein, defendant MITSUBISHI was a corporation of Japanese origin.

8.    NICHOLS is informed and believes, and thereon alleges, that at all times mentioned herein, COZAR VII was owned and operated by co-defendants ACB and MITSUBISHI.

///

## GENERAL ALLEGATIONS

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.Senior Hefc

-2-                                                    Case No. _____
COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM AND REQUEST FOR DECLARATORY RELIEF...

9.    This complaint arises from damages suffered by the vessel M/V SEÑOR HEFE [hereinafter referred to as SEÑOR HEFE"] on or about July 19, 2008, as further described in this Complaint.

10.    At 8:00 p.m. on the night of Friday, July 18, 2008 plaintiff NICHOLS left Mission Bay, San Diego, California in the SEÑOR HEFE, headed approximately 65 miles southwest for the purposes of participating in an overnight fishing trip.

11.    At approximately 3:30 a.m. on the morning of Saturday, July 19, approximately 30 miles from the coast of Ensenada, the SEÑOR HEFE collided with a partially submerged, towed appurtenance of the COZAR VII. This collision is hereinafter referred to as "the collision".

12.    NICHOLS is informed and believes and thereon alleges that this appurtenance was a ring, approximately 50 meters in diameter with a net extending underwater – holding a number of live blue fin tuna. This partially submerged, towed appurtenance is hereinafter referred to as the "tuna ring".

13.    This collision caused the SEÑOR HEFE to become trapped within the tuna ring from the time of collision until approximately 12 hours later when the vessel was freed.

14.    This collision between the SEÑOR HEFE and the COZAR VII occurred in International waters.

15.    NICHOLS is informed and believes and thereon alleges that at the time of the collision the tuna ring was not properly marked by lights or reflectors and was not in compliance in International Navigational Rule 24, and other navigational rules.

16.    As a result of the collision with the same, and of the negligence of Defendants, the SEÑOR HEFE sustained over $75, 000.00 in damage to its engines and equipment.

## FIRST CAUSE OF ACTION
### (Against all Defendants)
### (Negligence In Navigation, Failure to Avoid a Collision)

17.    Plaintiff incorporates paragraph numbers 1 through 14 of this complaint into this cause of action as though fully set forth here.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.Senior Hefe

Case No. _____
COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM AND REQUEST FOR DECLARATORY RELIEF...

18.    At all relevant times Defendants, and each of them, negligently managed, operated, navigated and controlled the COZAR VII and its tuna ring causing the collision with the SEÑOR HEFE.

19.    As a result of said negligence, Defendants, and each of them, breached their maritime duties toward other vessels on International, navigable waters.

20.    As a proximate result of Defendants' breach of their duties of prudent navigation the SEÑOR HEFE was damaged in an amount in excess of $75,000.

### SECOND CAUSE OF ACTION
#### (Against All Defendants)
#### (Declaratory Relief)

21.    Plaintiff incorporates paragraph numbers 1 through 18 of this complaint into this cause of action as though fully set forth here.

22.    NICHOLS, based upon information and belief, and also upon his experience as a former member of the United States Coast Guard performing his duties in the San Diego region, has a realistic concern that the Defendants, and each of them, may interfere with his future fishing, maritime activities and/or vessel if he continues to fish in the International waters in the region where the collision occurred.

23.    NICHOLS therefore requests a Order from this Court prohibiting these Defendants, and each of them, from interfering in any way with his right to continue to fish in the International waters where the collision occurred.

### PRAYER

Wherefore, NICHOLS prays for judgment against defendants as follows:

1.    Damages in a sum within the jurisdiction of this court;

2.    Cost of repairs to the SEÑOR HEFE;

3.    Survey fees and all other incidental or consequential costs associated with repairs performed upon the SEÑOR HEFE;

4.    Pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court enter an Order authorizing a warrant for the arrest of the COZAR VII, her engines, boiler, tackle, apparel, furnishings and

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.Senior Hefe

Case No. _____

COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM AND REQUEST FOR DECLARATORY RELIEF...

1    appurtenances, tuna rings etc. now or at any time on board.

2    5.    Issuance of a warrant issue for the arrest of the COZAR VII and her engines,

3    boiler, tackle, apparel, appurtenances, tuna rings, etc.;

4    6.    A declaration that Nichols holds a valid maritime tort lien on the COZAR

5    VII;

6    7.    A judgement of condemnation and sale be entered against the COZAR VII,

7    her engines, boiler, tackle, apparel, appurtenances, etc.;

8    8.    Costs of suit incurred herein;

9    9.    For prejudgment interest; and

10    10.    For such other and further relief as this Court deems appropriate.

11

12

13

14    Dated: July 31, 2008                    COX, WOOTTON, GRIFFIN,
                                            HANSEN & POULOS, LLP
15                                          Attorneys for Plaintiff
                                            WAYDE NICHOLS
16

17                                          By
18                                              Terence S. Cox

19

20

21

22

23

24

25
COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP    26
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105    27
TEL: 415-438-4600
FAX: 415-438-4601
28

IMU.Senior Hefc

-5-                                                    Case No. _____

COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM AND REQUEST FOR DECLARATORY RELIEF...

☐ ☐ ORIGINAL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

2008 JUL 31 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

08 CV 1393 J BLM

BY FAX

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| WAYDE NICHOLS | AQUACULTURA de BAHA CALIFORNIA, S.A. de C.V., MITSUBISHI de MEXICO, S.A. de C.V., MITSUBISHI CORP., M/V COZAR VII, its tackle, et |

**(b)** County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero, San Francisco, CA 94105 415.438.4600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

Appeal to District Judge from Magistrate Judgment

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1333 - Admiralty/Maritime and 28 U.S.C. 1332 - Diversity
Brief description of cause:
Negligent Navigation, Declaratory Relief

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ at least $75,00; Dec. Relief
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 7/31/08
SIGNATURE OF ATTORNEY OF RECORD _____ for TSC

---

FOR OFFICE USE ONLY

RECEIPT # 153525 AMOUNT $350 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____


7/31/08

LexisNexis® Automated California Federal District Court Forms

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153525    — TC**

**July 31, 2008
15:51:50**

**Civ Fil Non-Pris**
USAO #.: 08CV1393
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CK
Check#.: BC22552

**Total-> $350.00**

FROM: WAYDE NICHOLS
      VS
      AQUACULTURA