Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

2008 JUL 31 PM 3:51

### SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff, WAYDE NICHOLS; an Individual

BY:_____DEPUTY

vs

**SUMMONS IN A CIVIL ACTION**

Case No.

Defendants, AQUACULTURA de BAHA
CALIFORINA, S.A. de C.V., MITSUBISHI de
MEXICO, S.A. de C.V., MITSUBISHI CORP.
and the M/V COZAR VII, its tackle,
appurtenances and equipment, in rem

'08 CV 1393 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Terence S. Cox
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero, San Francisco, CA 94105

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

JUL 3 1 2008

W. Samuel Hamrick, Jr.

J. PARIS

DATE

By_____, Deputy Clerk

Summons in a Civil Action

**Page 1 of 2**

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5,1999 (11:34am)

LexisNexis® *Automated California Federal District Court Forms*